# TABLE OF CONTENTS

| **Exhibit** | **Description** | Page |
|---|---|---|
| 1 | *United States v. America Online, Inc.*, No. 1:04 M 1333, Criminal Complaint (E.D. Va.), filed Dec. 15, 2004 | 1 |
| 2 | *United States v. America Online, Inc.*, No. 1:04 M 1333, Joint Motion of the Parties to Hold the Criminal Complaint in Abeyance for Twenty Five Months (E.D. Va.), filed Dec. 15, 2004 | 17 |
| 3 | *United States v. America Online, Inc.*, No. 1:04 M 1333, Deferred Prosecution Agreement (E.D. Va.), dated Dec. 14, 2004 | 21 |
| 4 | *United States v. America Online, Inc.*, No. 1:04 M 1333, Order [re Deferred Prosecution Agreement] (E.D. Va. Dec. 15, 2004) | 58 |
| 5 | Letter Agreement between U.S. Department of Justice and Time Warner, Inc. and America Online, Inc., dated Dec. 15, 2004 | 60 |
| 6 | *United States v. Benyo, et al.*, No. 1:05CR12, Indictment [of individuals associated with PurchasePro and AOL] (E.D. Va.), dated Jan. 2005 | 64 |