EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
DEC 15 2004
CLERK, U.S. ...
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 1:04 M 1133
)
AMERICA ONLINE, INC., )
)
Defendant. )

### ORDER

Upon consideration of the parties' Joint Motion, the Deferred Prosecution Agreement between America Online, Inc. and the United States and the entire record in this matter, it is hereby:

**ORDERED**, that the Joint Motion of the Parties to Hold the Criminal Complaint in Abeyance for Twenty Five Months, is **GRANTED**; and it is hereby further

**ORDERED**, that the criminal complaint against America Online, Inc. shall be held in abeyance for twenty five months from the date of this Order.

Dated: December 15, 2004

_____
United States Magistrate Judge

**Exhibit 4**