JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -1 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1500

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-4)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, five additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, 235 F.Supp.2d 1380 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

ALASKA
  AK   3   06-24 TMB             Alaska Electrical Pension Fund, et al. v. AOL Time Warner Inc., et al.

CALIFORNIA CENTRAL
  CAC  2   06-591                Southern California Lathing Industry Pension Fund, et al. v. AOL Time Warner, Inc., et al.

CALIFORNIA EASTERN
  CAE  2   06-204                Cement Masons Pension Trust for Northern California, Inc., et al. v. AOL Time Warner, et al.

DISTRICT OF COLUMBIA
  DC   1   06-177                I.A.M. National Pension Fund, et al. v. AOL Time Warner, Inc., et al.
  DC   1   06-188                Robeco Groep N.V. for Robeco N.V., et al. v. AOL Time Warner, Inc., et al.
  DC   1   06-189                Norges Bank v. AOL Time Warner, Inc., et al.
  DC   1   06-236                CSS Board ABN16415 776861, et al. v. AOL Time Warner, Inc., et al.
  DC   1   06-238                B.S. Pension Fund Trustee, Ltd., et al. v. AOL Time Warner, Inc., et al.

HAWAII
  HI   1   06-78                 Employees' Retirement System of the State of Hawaii v. AOL Time Warner, Inc., et al.

ILLINOIS NORTHERN
  ILN  1   06-560                Carpenters Pension Fund of Illinois, et al. v. AOL Time Warner, Inc., et al.
  ILN  1   06-565                Teachers' Retirement System of the State of Illinois v. AOL Time Warner, Inc., et al.

KANSAS
  KS   2   06-2046               Boilermakers National Health & Welfare Fund, et al. v. AOL Time Warner, Inc., et al.

MARYLAND
  MD   8   06-291                National Asbestos Workers Pension Fund, et al. v. AOL Time Warner, Inc., et al.

MICHIGAN EASTERN
  MIE  2   06-10442              Wayne County Employees Retirement System v. AOL Time Warner, Inc., et al.
  MIE  2   06-10454              Municipal Employees Retirement System of Michigan v. AOL Time Warner, Inc., et al.
  MIE  5   06-10455              Clinton Township Police & Fire Retirement System, et al. v. AOL Time Warner, Inc., et al.

MISSOURI EASTERN
  MOE  4   06-184                Carpenters Pension Trust Fund of St. Louis v. AOL Time Warner, Inc., et al.

OHIO NORTHERN
  OHN  1   06-262                United Food & Commercial Workers Union Local 880-Retail Food Employers Joint Pension
                                 Fund, et al. v. AOL Time Warner, Inc., et al.

PENNSYLVANIA EASTERN
  PAE  2   06-514                National Elevator Industry Pension Fund v. AOL Time Warner, Inc., et al.

PENNSYLVANIA WESTERN
  PAW  2   06-124                Beaver County Retirement Board, et al. v. AOL Time Warner, Inc., et al.

TEXAS NORTHERN
  TXN  3   06-220                Laborers National Pension Fund v. AOL Time Warner, Inc., et al.

SCHEDULE CTO-4 TAG-ALONG ACTIONS (MDL-1500)                                                          Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS SOUTHERN** <br> TXS  4  06-306 | Capstone Asset Management Co. v. AOL Time Warner, Inc., et al. |
| **VERMONT** <br> VT  2  06-25 | Vermont State Employees Retirement System, et al. v. AOL Time Warner, Inc., et al. |
| **WASHINGTON WESTERN** <br> WAW  2  06-169 | Carpenters Retirement Trust of Western Washington, et al. v. AOL Time Warner, Inc., et al. |
| **WISCONSIN EASTERN** <br> WIE  2  06-127 | Northwestern Mutual Life Foundation, Inc., et al. v. AOL Time Warner, Inc., et al. |
| **WEST VIRGINIA NORTHERN** <br> WVN  1  06-24 | Plumbers & Pipefitters Local 152 Pension Fund, et al. v. AOL Time Warner, Inc., et al. |
| **WEST VIRGINIA SOUTHERN** <br> WVS  2  06-82 | Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund, et al. v. AOL Time Warner, Inc., et al. |
| WVS  2  06-100 | The West Virginia Laborers' Trust Fund, et al. v. AOL Time Warner, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-4)
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

Roger M. Adelman
Law Offices of Roger M. Adelman
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Jennie Lee Anderson
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Joshua I. Barrett
DiTrapano, Barrett & DiPiero, P.L.L.C.
604 Virginia Street, East
Charleston, WV 25301

Andrew J. Brown
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Robert P. Curley
O'Donoghue & O'Donoghue
325 Chestnut Street
Constitution Place, Suite 515
Philadelphia, PA 19106

Michael J. Del Giudice
Ciccarello, Del Giudice & Lafon
1219 Virginia Street East
Suite 100
Charleston, WV 25301-2912

Tamara J. Driscoll
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
1700 Seventh Avenue
Suite 2260
Seattle, WA 98101

Thomas E. Egler
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue
Suite 205
Anchorage, AK 99501

Michael F. Ghozland
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
9601 Wilshire Boulevard
Suite 510
Los Angeles, CA 90210

Eli R. Greenstein
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

David C. Greenstone
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Eli R. Greenstone
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

William E. Griffin
Vermont Attorney General's Office
Pavilion Offie Building
109 State Street
Montpelier, VT 05609-1001

Edwin D. Hoskins
Law Offices of E. David Hoskins, LLC
711 West 40th Street
The Rotunda
Suite 425
Baltimore, MD 21211

Joe Kendall
Provost Umphrey
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Involved Counsel List (CTO-4) - MDL-1500                                                      Page 2 of 2

William S. Lerach
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

John F. Maloney
McNally, Maloney & Peterson, S.C.
2600 North Mayfair Road
Suite 1080
Milwaukee, WI 53226-1376

Robert A. Marks
Price, Okamoto, Himeno & Lum
Ocean View Center
707 Richards Street
Suite 728
Honolulu, HI 96813

Eben O. McNair, IV
Schwarzwald & McNair
616 Penton Media Building
1300 East 9th Street
Cleveland, OH 44114-1503

Michael E. Moco
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201

Michael J. Moquin
Michigan Employee's Retirement System
1134 Municipal Way
Lansing, MI 48917

Stephen J. Rosenblat
Baum, Sigman, Auerbach,
Pierson, et al.
200 West Adams Street
Suite 2200
Chicago, IL 60606

Andrea N. Salow
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Charles R. Schwartz
Blake & Uhlig, P.A.
475 New Brotherhood Building
753 State Avenue
Kansas City, KS 66101

Michael E. Waldeck
Waldeck, Matteuzzi & Sloan, P.C.
11181 Overbrook Road
Suite 200
Leawood, KS 66211-2299

David C. Walton
Milberg, Weiss, Bershad & Hynes & Lerach
1800 One America Plaza
600 West Broadway
San Diego, CA 90071

Alfred G. Yates, Jr.
Law Office of Alfred G. Yates, Jr., P.C
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA 15219-1649

Mark J. Zausmer
Zausmer, Kaufman, August & Caldwell, P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, MI 48334-2374

# INVOLVED JUDGES LIST (CTO-4)
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

Hon. Paul D. Borman
U.S. District Judge
722 Theodore Levin U.S.
Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Timothy M. Burgess
U.S. District Judge
Federal Bldg. & U.S. Courthouse
222 West Seventh Avenue
Box 33
Anchorage, AK 99513

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S.
Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States
District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal
Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Patricia J. Gorence
U.S. Magistrate Judge
264 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Denise P. Hood
U.S. District Judge
235 Theodore Levin U.S.
Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Hon. Gladys Kessler
U.S. District Judge
6333 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Ed Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Charles P. Kocoras
Chief Judge, U.S. District Court
2548 Everett McKinley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Terrence F. McVerry
U.S. District Judge
1008 U.S. Post Office &
Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. John Corbett O'Meara
U.S. District Judge
400 Federal Building
200 E. Liberty Street
Ann Arbor, MI 48104

Hon. Manuel L. Real
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Richard W. Roberts
U.S. District Judge
4327 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. James Robertson
U.S. District Judge
6315 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001-2802

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Roger W. Titus
U.S. District Judge
United States District Court
200 United States Courthouse
6500 Cherry Lane
Greenbelt, MD 20770

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

## INVOLVED CLERKS LIST (CTO-4)
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

David J. Weaver, Clerk
P.O. Box 8199
Ann Arbor, MI 48107

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Ida Romack, Clerk
Federal Bldg. & U.S.
Courthouse, Box 4
222 West 7th Avenue
Anchorage, AK 99513

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857

Walter A.Y.H. Chinn, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850